CLIFFORD FLOYD v. HENRY COPALDI.

June 29, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. DERRICK FLINT.

June 29, 1973. Petition for certification granted.

STATE OF NEW JERSEY v. ROBERT BLASI
t/a GOLCONDA CORP.

June 29, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT BLASI
t/a GOLCONDA CORP.

June 29, 1973. Cross Petition for certification granted.

ERNEST T. WEIMER v.
GREAT EASTERN DISCOUNT CENTER, INC.

June 29, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. JOHN F. OATES

June 29, 1973. Petition for certification denied. (See 122 *N. J. Super.* 473)